FILED

United States District Court
Northern District of Indiana
Hammond Division

2011 OCT 24 PM 3:40

Michael M. Moses,
Plaintiff(s)

vs.

USW Local Union 1014
And ~~John Naccarato~~,
Defendant(s)

Case No: 2 11CV 386

## EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendant _____ for discrimination as set forth below.

Plaintiff ✓ DOES ____ DOES NOT (*indicate which*) demand a jury trial.

### I. PARTIES

Plaintiff's Name: Michael M. Moses

Plaintiff's Address: P.O. Box 10941

Merrillville, In.

46411

Plaintiff's Telephone: _____

Defendant's Name: USW local 1014 (John Naccarato)

Defendant's Address: 1301 Texas Street

Gary, In. 46402

## II. BASIS OF CLAIM AND JURISDICTION

1.  This complaint is brought pursuant to: (Check one)

    \_\_\_\_ Title VII of the Civil Rights Act of 1964, as amended (42 U.S.C. §2000e-5), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

    **X** The Age Discrimination in Employment Act (29 U.S.C. §621), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

    **✓** The Americans with Disabilities Act (42 U.S.C. §12101), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

    \_\_\_\_ The Rehabilitation Act (29 U.S.C. §701, *et seq.*), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

    \_\_\_\_ Equal rights under law (42 U.S.C. §1981), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

    \_\_\_\_ Other (list): _____

2.  Plaintiff **✓** DID \_\_\_\_ DID NOT (indicate which) file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission. **[If the plaintiff did file a charge of discrimination, Plaintiff should attach a copy of the charge to the complaint].**

3.  Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was RECEIVED on or about _____ (insert date the plaintiff received the notice – in most instances this will not be the same date stamped on the notice). **[Plaintiff should attach a copy of the Notice of Right to Sue to this Complaint].**

## III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because (if more space is needed, attach additional pages): I Michael M. Moses, AM An American with disAbilities. Alcohol And Gambling casinos Are my vices. Upon learning of my disabilities, my local 1014 union reps. John NaccArato, Alexander Jock And Ernie Peterson denied me of A full And fair grievence process.

## IV. FACTS IN SUPPORT OF COMPLAINT

The facts on which this complaint is based are the following (if you need additional space, please attach additional pages): Past and present USW local 1014 union members who also have and had disabilities, were able to recieve a full and a fair grevence representation along with their rehab and recovery Also remained employed. United Steel Worker Union local #1014 denied me of such representation.

## IV. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief: I Michael M. Moses seek to be made whole. I seek any and all compensations due to me. I seek full support by the United Steel Workers Union in my recovery process. I seek judgement by the courts in my favor. I seek to be compensated for the mental, emotional and physical stress also legal fees. I seek to have my membership reinstated and active. I may state other reliefs later.

## VI. AFFIRMATION OF PLAINTIFF

I, Michael M. Moses, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in the complaint and those which are attached in the accompanying financial statement. I believe them to be, to the best of my personal knowledge, true and correct.

Further, I do understand that this complaint and this affidavit will become and official part of the United States District Court files and that ANY FALSE STATEMENTS knowingly made by me are illegal and may subject me to criminal penalties.

_Michael M. Moses_
(Signature of Plaintiff)

_10-24-2011_
(Date)

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Michael M. Moses
5600 Hayes Street, Unit BB
Merrillville, IN 46410

From: Indianapolis District Office
101 West Ohio St
Suite 1900
Indianapolis, IN 46204

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 24E-2011-00115 | Michelle D. Ware, Enforcement Supervisor | (317) 226-5161 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Webster N. Smith,
District Director

JUN 27 2011
(Date Mailed)

Enclosures(s)

cc: Alexander Jacque
Staff Representative
UNITED STEELWORKERS
1301 Texas Street
Second Floor Rm 206
Gary, IN 46402